FILED
JAN 1 1 2016
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00069-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| JOHN THOMAS ABRAMS; aka BUCK; aka DAVID GEORGE GARNETT; aka JOHN MCDONALD; aka DAVID BLACKWELL, | |
| Defendant. | |

**ORDER FOR ARREST OF MATERIAL WITNESS**

This matter having come before the Court on the application of the UNITED STATES OF AMERICA for the issuance of an arrest warrant for STEPHANIE McDONALD, and the Court having found that she is a witness whose testimony is material to a pending superseding indictment in the above-captioned case, which was returned by the federal grand jury on July 22, 2015, and set for trial on January 25, 2016, at 9:00am, and this action is necessary to guarantee her appearance as a witness at trial due to the impracticability of securing her presence by subpoena.

Therefore, IT IS HEREBY ORDERED that a warrant of arrest be issued for STEPHANIE McDONALD, and that she be brought before the Court for further proceedings in accordance with Title 18, United States Code, Sections 3142 and 3144.

DATED this 11th day of January, 2016.

_____
WILLIAM G. COBB
United States Magistrate Judge

7