**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN THOMAS ABRAMS,<br><br>　　　　　Defendant. | 3:14-cr-0069-RCJ-WGC<br><br>**ORDER** |

　　　Defendant John Thomas Abrams was indicted on two counts of kidnapping in violation of 18 U.S.C. § 1201 and one count of transportation of a minor for purposes of illegal sexual activity in violation of 18 U.S.C. § 2423(a). During a hearing on January 11, 2016, the Court heard testimony that Defendant's documents and legal paperwork are located at the Nevada Department of Corrections and that Defendant has been transferred to the Washoe County Detention Facility and will remain there until trial on January 25, 2016. Defendant needs his legal materials to prepare for trial, as well as paper and pens and an ability to make photocopies.

　　　The Court orders the Nevada Department of Corrections to collect Defendant's documents and paperwork for collection by the U.S. Marshalls. It also orders the Washoe County Detention Facility to provide Defendant with paper and pens and $100 in credit for copywork to be used in preparation for this trial.

///

## CONCLUSION

IT IS HEREBY ORDERED that the Nevada Department of Corrections shall immediately prepare all of Defendant's paperwork and documents in its possession, including from his cell, locker, and the property room for collection by the U.S. Marshalls on January 12, 2016. The documents include, but are not limited to, two brown boxes marked "Walker Legal" located in the property room.

IT IS FURTHER ORDERED that the U.S. Marshalls shall collect Defendant's paperwork and documents from the Nevada Department of Corrections on January 12, 2016 and provide the documents and paperwork to Defendant at the Washoe County Detention Facility on January 12, 2016.

IT IS FURTHER ORDERED that the Washoe County Detention Facility shall provide Defendant with paper, pens, and $100 in credit for copywork to be used only in preparation for this trial.

IT IS SO ORDERED.

Dated this 12th day of January, 2016.

_____
ROBERT C. JONES
United States District Judge