UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00069-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOHN THOMAS ABRAMS, | |
| Defendant. | |

Defendant has filed a motion to seal and restrict evidence consisting of photographs of himself. (Dkt. no. 147.) The government does not oppose to the extent the request is to ensure the photographs are not made public, but argues that it would be unfair to prevent the photographs from being shown to witnesses or share with the government's trial team. (Dkt. no. 150.) The Court agrees with the government and will issue the government's proposed protective order. It is therefore ordered that Defendant's motion to seal (dkt. no. 147) is granted to the extent delineated in the protective order that will be issued today.

DATED THIS 28th day of January 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE