UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  vs.<br><br>JOHN THOMAS ABRAMS; aka BUCK; aka DAVID GEORGE GARNETT; aka JOHN MCDONALD; aka DAVID BLACKWELL,<br><br>       Defendant. | Case No. 3:14-cr-00069-MMD-WGC<br><br>PROTECTIVE ORDER PURSUANT TO FED. R. CRIM. PRO. 16(d)(1) |

Based on good cause appearing, IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 16(d)(1) that:

1. The Government will keep any photographs received in discovery from Defendant that depict his body in a secure place to which no person who does not have reason to know their contents has access;

2. The Government will only disclose such documents or the information to persons who, by reason of their participation in the proceeding, have reason to know such information or to view such photographs, including and not limited to government witnesses, support staff, investigators, or the like; and,

3. In all papers filed with the Court that by necessity require disclosure of any of the photographs, all parties shall file the papers under seal, while submitting to opposing counsel the unredacted pleading (provided that such pleading is not filed in camera) and submitting to the clerk of the Court:

///

///

///

///

a. The complete paper clearly labeled "UNREDACTED" to be kept under seal; and,

b. The paper with the portions of it that disclose any photograph redacted, for placement in the public record.

Dated this _ 28th _ day of January, 2016.

_____
Miranda M. Du
United States District Judge

2