UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00069-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| JOHN THOMAS ABRAMS, | |
| Defendant. | |

In its April 1, 2016 Order, the Court clarified that standby counsel, Dennis Cameron, was appointed to represent Defendant going forward and not just for the limited purposes of sentencing. (Dkt. no. 244.) Mr. Cameron has since filed a motion to withdraw as counsel, citing a breakdown in the attorney-client relationship. (Dkt. no. 248.) The Court finds good cause to grant Mr. Cameron's motion.

It is therefore ordered that Dennis Cameron's motion for withdrawal as counsel (dkt. no. 248) is granted. The Court will appoint counsel to represent Defendant for the remainder of the proceedings before the Court. The Court further extends the deadline for Defendant to file any post-trial motions to June 1, 2016.

Defendant's pro se motions (dkt. nos. 245, 246, 249) are denied as moot.[1]

DATED THIS 21st day of April 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] In his *pro se* motion for appointment of counsel, Defendant indicates that he has not received the filings in this case even though he has filed a notice to update the court on his address. (Dkt. no. 246 at 2.) Since the Court appointed counsel to represent Defendant, service will be effectuated his counsel, not Defendant.