UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>JOHN THOMAS ABRAMS,<br><br>　　　　　　　　　Defendant. | Case No. 3:14-cr-00069-MMD-WGC<br><br>ORDER |

　　　Before the Court is Defendant John Thomas Abrams' Motion to Recuse ("Motion"). (ECF No. 254.) Defendant filed this Motion *pro se* even though he is represented by counsel. A party who is represented by counsel may not appear or act in the case under Local Rule IA 11-6.

　　　It is therefore ordered that Defendant's Motion is denied.

　　　DATED THIS 12th day of May 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE