UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00069-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOHN THOMAS ABRAMS, | |
| Defendant. | |

On February 25, 2016, the jury returned a verdict finding Defendant John Thomas Abrams guilty of two counts of kidnapping and one count of transportation of a minor for purpose of illegal sexual activity. (ECF No. 222.) Before the Court is Abrams' motion to amend the judgment entered against him to list his true name, David Robert Garnett, on an amended judgment of conviction so that he may receive mail from family and friends, along with copies of his educational records—and to enable him to participate in additional rehabilitation programs. (ECF No. 416.) "The government does not oppose adding the name David Robert Garnett to the judgment of conviction, as requested in defendant's motion." (ECF No. 421 at 1.) Given the government's non-opposition and good cause appearing, the Court will grant the motion.

It is therefore ordered that Abrams' motion to amend the judgment to add his true name (ECF No. 416) is granted.

DATED THIS 28th Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE