AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID ROBERT GARNETT,
*aka* JOHN THOMAS ABRAMS,

        Defendant.

JUDGMENT

Case Number:   3:14-cr-00069-MMD-WGC-1
                    3:20-cv-00437-MMD

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that David Robert Garnett's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (ECF No. 402, ECF No. 3 in 3:20-cv-00437-MMD) is **denied**.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied**.

    **IT IS FURTHER ORDERED** that judgment is entered accordingly and both this case and the corresponding civil case are closed.



Date: April 21, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk