UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DAVID ROBERT GARNETT,<br><br>Defendant. | Case No. 3:14-cr-00069-MMD-WGC<br><br>ORDER |
|---|---|

The jury convicted David Robert Garnett of three counts on February 25, 2016 (ECF No. 222) and the Court entered judgment imposing a $300 special assessment and a $2,000 fine on September 16, 2016 (ECF No. 293). Garnett has filed a motion seeking to stay payment of court-ordered financial obligations.[1] (ECF No. 427 ("Motion".) The government confirmed that Garnett is incarcerated at a medical facility due to his medical conditions. (ECF No. 429.) The government further represented that Garnett has paid a total of $25 towards the court-ordered obligations, but he is currently not making any payments. (*Id.*; ECF No. 429-1 at 3.) Because Garnett is not working and not making any payment towards the court ordered obligations, the Court denies the Motion as moot.

It is therefore ordered that Garnett's motion to stay or temporarily suspend payment (ECF No. 427) is denied.

DATED THIS 1st Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The government responded as the Court directed. (ECF No. 429.)